**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| MICHAEL J. POWERS, JASMINE WOODS, KEITH ROSE, and MICHAEL LHOTAK, </br></br>  Plaintiffs, </br></br> v. </br></br> CITY OF FERGUSON, STEPHANIE KARR, J. PATRICK CHASSING, TIM HARRIS, SEAN GIBBONS, and JOHN DOE DEFENDANTS 1-3, </br></br> Defendants. | Case No. 4:16-cv-1299 |

**ENTRY OF APPEARANCE**

COMES NOW Nathaniel R. Carroll of ArchCity Defenders, Inc. and hereby enters his appearance on behalf of the Plaintiffs Michael J. Powers, Jasmine Woods, Keith Rose, and Michael Lhotak in the above-captioned matter.

Dated:  September 12, 2016             Respectfully submitted,

/s/ Nathaniel R. Carroll
Nathaniel R. Carroll #67988MO
ArchCity Defenders, Inc.
1210 Locust Street, 2nd Floor
St. Louis, MO 63103
855-724-2489 ext. 1012
314-925-1307 (fax)
ncarroll@archcitydefenders.org

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that notice of the foregoing was delivered to all parties of record via this Court's ECF/PACER system on this 12th day of September, 2016.

/s/ Nathaniel R. Carroll