UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL J. POWERS, JASMINE WOODS, KEITH ROSE, and MICHAEL LHOTAK,  Plaintiffs, v. CITY OF FERGUSON, STEPHANIE KARR, J. PATRICK CHASSING, TIM HARRIS, SEAN GIBBONS, and JOHN DOE DEFENDANTS 1-3,  Defendants. | Case No. 4:16-cv-1299 |

## ENTRY OF APPEARANCE

COMES NOW Michael-John Voss of ArchCity Defenders, Inc. and hereby enters his appearance on behalf of the Plaintiffs Michael J. Powers, Jasmine Woods, Keith Rose, and Michael Lhotak in the above-captioned matter.

Dated:  September 20, 2016	Respectfully submitted,

/s/ Michael-John Voss
Michael-John Voss #61742MO
ArchCity Defenders, Inc.
1210 Locust Street, 2nd Floor
St. Louis, MO 63103
855-724-2489 ext. 1012
314-925-1307 (fax)
ncarroll@archcitydefenders.org

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that notice of the foregoing was delivered to all parties of record via this Court's ECF/PACER system on this 20th day of September, 2016.

/s/ Michael-John Voss