UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL J. POWERS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:16 CV 1299 RWS |
| | ) | |
| CITY OF FERGUSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Plaintiffs move to compel this Court to either deem certain requests for

admission admitted by the City of Ferguson or to determine the City's responses

insufficient and order a complete response without objection. Apparently, this

issue has previously been ruled upon by Judge Limbaugh in a similar case

involving the City of Ferguson. Having reviewed the motion, it will be denied

without prejudice at this time. Plaintiffs have failed to comply with all the

requirements of Local Rule 3.04, which applies to the instant motion. Although

plaintiffs allege that they attempted to resolve this dispute by letter and a

subsequent telephone conference, they fail to provide the Court with the date and

time of the telephone conference and the attorneys involved in that conference as

required by local rule. Given Judge Limbaugh's decision and the recent referral of

this case to alternative dispute resolution, the Court urges the parties to use

additional good faith efforts to resolve this dispute (and, if possible, the entirety of

the case) rather than simply refiling this motion without further discussion as this

issue should be easily solvable without Court intervention.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion to compel [56] is

denied without prejudice.


_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 16th day of October, 2017.