UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL J. POWERS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:16 CV 1299 RWS |
| ) | |
| CITY OF FERGUSON, et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

For good cause shown,

**IT IS HEREBY ORDERED** that the motion to quash subpoena [70] is granted only to the following extent: non-party law firm Curtis, Heinz, Garrett & O'Keefe, P.C. shall have 21 days to comply with the document production requested by plaintiffs.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 13th day of November, 2017.