# Exhibit D

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MICHAEL POWERS, et al.,

    Plaintiffs,

VS.    Cause No. 4:16-cv-1299

CITY OF FERGUSON, et al.,

    Defendants.

Deposition of
UMAR LEE

August 29, 2017
1:00 p.m.

Taken at:
Lewis Rice, LLC
600 Washington Avenue
St. Louis, Missouri

Nancy Prange, CCR, CSR, Notary Public

---

Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MICHAEL POWERS, et al.,

    Plaintiffs,

vs.    No. 4:16-cv-1299

CITY OF FERGUSON, et al.,

    Defendants.

Deposition of UMAR LEE, taken on behalf of the Defendants, at the offices of Lewis Rice, LLC, 600 Washington Avenue, in the City of St. Louis, State of Missouri, on the 29th day of August, 2017, before Nancy Prange, CCR MO #778, CSR IL #084-004426, and Notary Public.

---

Page 3

APPEARANCES OF COUNSEL:

FOR THE PLAINTIFFS:
  Mr. Alex R. Lumaghi
  Dowd & Dowd
  211 North Broadway, Suite 4050
  St. Louis, MO 63102
  (314) 621-2500
  alex@dowdlaw.net

FOR THE DEFENDANTS:
  Mr. Ronald A. Norwood
  Lewis Rice, LLC
  600 Washington Avenue, Suite 2500
  St. Louis, MO 63101
  (314) 444-7600
  rnorwood@lewisrice.com

---

Page 4

INDEX

                        PAGE
Examination by Mr. Norwood    5

EXHIBITS

NUMBER      DESCRIPTION      PAGE

Defendant's Ex. 13 Rule 26 Disclosures 49
Defendant's Ex. 14 Interrogatories    56
Defendant's Ex. 19 Invoices       57
Defendant's Ex. 15 Photograph     58
Defendant's Ex. 16 Twitter Tweets   58
Defendant's Ex. 18 Twitter Tweets   59
Defendant's Ex. 19 Twitter Tweets   62

(Original exhibits were retained by counsel.)

Exhibit D

Page 37

```
 1   walk to my car, me and Ryan, they swooped on us,
 2   they ran at us.  The next thing you know they had
 3   their, you know, their arms around me, and I assume
 4   Ryan, and arrested us.  The girls, Liz and the late
 5   Meghan Flannery --
 6        Q   When you say the late --
 7        A   She passed away about three or four months
 8   ago in a car accident.
 9        Q   Okay.
10        A   And the other women who I can't remember,
11   they were already in their vehicle when the police,
12   you know, came to their vehicle and ordered them to
13   get out.
14        Q   But let me -- before we go further.  I'm just
15   trying to understand.  So there was a directive
16   several times for people to disburse, there was some
17   resistance by the protestors?
18        A   Yes.
19        Q   You in a sort of informal way suggested
20   people to sit down?
21        A   Yes.
22        Q   And they did sit down?
23        A   Yes.
24        Q   How long were you all sitting down?
25        A   It was a matter of minutes.  I don't know
```

Page 38

```
 1   how long it was, but it was a matter of minutes.
 2        Q   In the meantime the protestors were
 3   ultimately leaving?
 4        A   They were ultimately leaving, yeah.
 5        Q   All right.
 6        A   So nobody was there but us when the arrests
 7   were made.
 8        Q   When you say "us" you mentioned -- how many
 9   people total?
10        A   Well, it would have been myself, Ryan Frank,
11   Michael Powers, Liz Peinado, Meghan Flannery.  There
12   was another woman, I don't know her name, but as I
13   recall six of us.
14        Q   All right.  And then do you know why were you
15   arrested?
16        A   That's a good question because, you know, I
17   have no idea.
18        Q   Do you think it was because you didn't leave
19   when they ordered you to leave?
20        A   No.  I don't think so because really I think
21   that day journalists were being arrested, national
22   journalists, Washington Post, Huffington Post.  I've
23   had pieces in the Huffington Post as well.  Antonio
24   was arrested.  None of these people had anything to
25   do with any kind of uncivil confrontations or
```

Page 39

```
 1   throwing bottles or looting or burning.  These are
 2   people out in the community trying to ascertain
 3   what's happening.  So, no, I don't think it had
 4   anything do with that.
 5        Q   All right.  By the time that protestors had
 6   left you all were the only ones there?
 7        A   Yes.
 8        Q   And you said police were --
 9        A   So there wasn't no protest.  We was the only
10   ones there.
11        Q   And this is -- right now what time is it,
12   1:00 a.m.?
13        A   Something like that.
14        Q   And so they move on you all?
15        A   Yes.  After we were moving towards our
16   vehicles.
17        Q   Did you move in response to them coming or
18   were you already moving?
19        A   We were already moving.
20        Q   All right.  When they were moving toward you,
21   who was it that was moving towards you?
22        A   Who?
23        Q   Which police?
24        A   St. Louis County.
25        Q   So the St. Louis County Police moved on you
```

Page 40

```
 1   all?
 2        A   Um-huh.
 3        Q   Is that a yes?
 4        A   Yes.
 5        Q   And they are the ones who actually arrested
 6   you?
 7        A   Correct.
 8        Q   All right.  And what happened then once you
 9   were arrested with the others?
10        A   Well, we were cuffed and we were put into
11   the van.
12        Q   What kind of van?
13        A   You know, I'm not 100 percent certain, but
14   I'm almost certain it was a Ferguson Police van.
15        Q   How big was the van?  How many passengers
16   could it hold?
17        A   It wasn't a passenger van.  It was a police
18   van so it had like a row of seats on each side.  So,
19   I don't know, maybe eight prisoners or something
20   like.
21        Q   Okay.
22        A   And the van drove around and we couldn't see
23   outside so I wasn't quite certain where we were
24   going.  I guess that was a tactic they were using
25   because we ended right across the street from where
```