IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL J. POWERS, JASMINE WOODS, | ) | |
| KEITH ROSE, MICHAEL LHOTAK, | ) | |
| And UMAR LEE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No.       4:16-cv-1299 RWS |
| | ) | |
| CITY OF FERGUSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

Pursuant to Fed R. Civ. P. 41(a)(1) Plaintiffs Michael J. Powers, Jasmine Woods, Keith

Rose, Michael Lhotak, and Umar Lee hereby stipulate to the dismissal with prejudice of all

claims against Defendants City of Ferguson, Tim Harris, Sean Gibbons and the John Doe

Defendants.  This dismissal resolves all claims against all parties.  Parties to bear their own costs.

Dated:  August 13, 2018

DOWD & DOWD, P.C.

By:    */s/  Douglas P. Dowd*
                DOUGLAS P. DOWD #29240MO
                WILLIAM T. DOWD #39648MO
                ALEX R. LUMAGHI #56569MO
                211 North Broadway, Suite 4050
                St. Louis, Missouri   63102
                Tel. (314) 621-2500
                Fax No. (314) 621-2503
                doug@dowdlaw.net
                alex@dowdlaw.net

                and

                Michael-John Voss #61742MO
                Thomas B. Harvey #61734MO

Blake A. Strode #68422MO
Edward J. Hall #0012692IA
Nathaniel R. Carroll #67988MO
ARCHCITY DEFENDERS, INC.
1210 Locust Street, 2ND Floor
Saint Louis, MO 63103
Tel: (855) 724-2489
Fax: 314-925-1307
mjvoss@archcitydefenders.org
tharvey@archcitydefenders.org
bstrode@archcitydefenders.org
ehall@archcitydefenders.org
ncarroll@archcitydefenders.org

*Attorneys for Plaintiffs*

and

**LEWIS RICE LLC**

By: */s/ Ronald A. Norwood*
    Ronald A. Norwood, #33841MO
    Apollo D. Carey, #58286MO
    Jacqueline K. Graves, #64875MO
    600 Washington Ave., Suite 2500
    St. Louis, Missouri 63101
    (314) 444-7759 (Telephone)
    (314) 612-7759 (Facsimile)
    rnorwood@lewisrice.com
    acarey@lewisrice.com
    jgraves@lewisrice.com

*Attorneys for Defendants City of*
*Ferguson, Tim Harris, and Sean*
*Gibbons*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the above pleading was served via this Court's electronic filing system on all counsel of record this 13th day of August, 2018.


　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Douglas P. Dowd