IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL J. POWERS, JASMINE WOODS, KEITH ROSE, MICHAEL LHOTAK, And UMAR LEE,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF FERGUSON, et al.,<br><br>    Defendants. | Case No.   4:16-cv-1299 RWS |

*So Ordered*
*[signature] USDJ*
*8/14/18*

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

Pursuant to Fed R. Civ. P. 41(a)(1) Plaintiffs Michael J. Powers, Jasmine Woods, Keith Rose, Michael Lhotak, and Umar Lee hereby stipulate to the dismissal with prejudice of all claims against Defendants City of Ferguson, Tim Harris, Sean Gibbons and the John Doe Defendants. This dismissal resolves all claims against all parties. Parties to bear their own costs.

Dated: August 13, 2018

                                          DOWD & DOWD, P.C.

                                By:    */s/ Douglas P. Dowd*
                                         DOUGLAS P. DOWD #29240MO
                                         WILLIAM T. DOWD #39648MO
                                         ALEX R. LUMAGHI #56569MO
                                         211 North Broadway, Suite 4050
                                         St. Louis, Missouri   63102
                                         Tel. (314) 621-2500
                                         Fax No. (314) 621-2503
                                         doug@dowdlaw.net
                                         alex@dowdlaw.net

                                         and

                                         Michael-John Voss #61742MO
                                         Thomas B. Harvey #61734MO

Blake A. Strode #68422MO
Edward J. Hall #0012692IA
Nathaniel R. Carroll #67988MO
ARCHCITY DEFENDERS, INC.
1210 Locust Street, 2ND Floor
Saint Louis, MO 63103
Tel: (855) 724-2489
Fax: 314-925-1307
mjvoss@archcitydefenders.org
tharvey@archcitydefenders.org
bstrode@archcitydefenders.org
ehall@archcitydefenders.org
ncarroll@archcitydefenders.org

*Attorneys for Plaintiffs*

and

**LEWIS RICE LLC**

By: */s/ Ronald A. Norwood*
Ronald A. Norwood, #33841MO
Apollo D. Carey, #58286MO
Jacqueline K. Graves, #64875MO
600 Washington Ave., Suite 2500
St. Louis, Missouri 63101
(314) 444-7759 (Telephone)
(314) 612-7759 (Facsimile)
rnorwood@lewisrice.com
acarey@lewisrice.com
jgraves@lewisrice.com

*Attorneys for Defendants City of Ferguson, Tim Harris, and Sean Gibbons*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above pleading was served via this Court's electronic filing system on all counsel of record this 13th day of August, 2018.

/s/ Douglas P. Dowd